UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY GAILLARD,

                Plaintiff,

      -against-

CITY OF NEW YORK; CORRECTIONAL HEALTH SERVICES,

                Defendants.

21-CV-8587 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued December 6, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 6, 2021
          New York, New York

                                       /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge